UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:11-cr-89-T-23TGW

WILLIAM O. JOEL and
MAURICE VERNON
_____/

# **ORDER**

Both Joel and Vernon object (Docs. 195 and 200) to the United States' motions (Docs. 187 and 188) for forfeiture money judgments in the amount of $1,848,000. The United States filed a joint response (Doc. 202) to the objections, and the matter was referred to Magistrate Judge Wilson for consideration and preparation of a report and recommendation. Magistrate Judge Wilson conducted a hearing on April 25, 2012, and thereafter permitted the parties to file supplemental papers (Docs. 217, 218, and 219). Without further oral argument, Magistrate Judge Wilson issued his June 5, 2012, report (Doc. 222) recommending granting the United States' motions for a forfeiture money judgment in the amount of $1,618,000. Joel and Vernon object (Docs. 225 and 226) to the report and recommendation.

Upon consideration of the parties submissions, Magistrate Judge Wilson's report, and an independent examination of the record, the defendants' objections are **OVERRULED** and the report and recommendation is adopted. "The United States has shown that it is entitled to forfeiture money judgments in the amount of

$1,618,000, and the defendants have not identified any legal basis for a further reduction." Forfeiture money judgments will issue, and the Clerk shall re-schedule the sentencings.

ORDERED in Tampa, Florida, on June 27, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE